JAY S. ROTHMAN (SBN 49739)
TIMOTHY E. KEARNS (SBN 142997)
**JAY S. ROTHMAN & ASSOCIATES**
21900 Burbank Boulevard, Suite 210
Woodland Hills, California 91367
Telephone: (818) 986-7870
Facsimile:  (818) 990-3019
tkearns@jayrothmanlaw.com

Attorneys for Plaintiff STEVEN V. MENDOZA

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| STEVEN V. MENDOZA, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>WINCO FOODS, INC., a corporation, place of incorporation unknown; BRIAN [LAST NAME UNKNOWN], an individual; [FIRST NAME UNKNOWN] McKENZIE, an individual; ERNIE [LAST NAME UNKNOWN], an individual; and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No. 5:20-CV-01371 JGB (KKx)<br><br>**ORDER GRANTING STIPULATION TO VOLUNTARILY DISMISS ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>District Judge: Hon. Jesus G. Bernal<br>Magistrate Judge: Hon. Kenly Kiya Kato<br><br>FPTC:    1/10/2022<br>Trial:    2/08/2022 |

1
ORDER GRANTING STIPULATION TO VOLUNTARILY DISMISS ACTION

## ORDER

The stipulation to dismiss this action in its entirety with prejudice and with each party to bear her or its own attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: October 14, 2021

Hon. Jesus G. Bernal
United States District Judge